```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 66-cr-36532-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT AND ORDER OF DISMISSAL |
| | ) | OF INDICTMENT AND |
| VICENTE PIMENTAL-LOPEZ, | ) | RECALL ARREST WARRANT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above entitled case be dismissed without prejudice, and the arrest warrant be recalled.

IT IS SO ORDERED.

DATED: October 17, 2011

_____
HON. DANA M. SABRAW
United States District Judge